UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TROY TAYLOR

Plaintiff(s)

v.

ESPN INC., and XUAN THAI

Defendant(s)

CASE No C 5:25-cv-06384-VKD

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
The parties are agreeable to private mediation with either JAMS or Signature Resolution. They have not yet agreed on a particular mediator but anticipate no difficulty doing so.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: December 10, 2026

Date: 11/4/2025

/s/ Paul B. Salvaty
Attorney for Plaintiff

Date: 11/4/2025

/s/ Sarah E. Burns
Attorney for Defendant

☐ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:

_____
U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*